**Henry HAYNES, Plaintiff–Appellant**

v.

**HILL BROTHERS CONSTRUCTION COMPANY, INCORPORATED; Clyde Stamey; Mississippi Farm Bureau Casualty Insurance Company; Xcavator, Incorporated, Defendants–Appellees.**

No. 10–30850.

United States Court of Appeals, Fifth Circuit.

May 12, 2011.

Raymond Lee Cannon, Esq., Law Offices of Raymond Lee Cannon, Tallulah, LA, for Plaintiff–Appellant.

James Kristopher Jackson, Mayer, Smith & Roberts, L.L.P., Shreveport, LA, John Hoychick, Jr., Esq., Cotton, Bolton, Hoychick & Doughty, Rayville, LA, Matthew D. Miller, Esq., Copeland, Cook, Taylor & Bush, P.A., Hattiesburg, MS, Lambert Joseph Hassinger, Jr., Esq., Director, Galloway, Johnson, Tompkins, Burr &

---

Smith, New Orleans, LA, for Defendants–Appellees.

Before JONES, Chief Judge, and KING and BARKSDALE, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.